United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON CAPITAL MANAGEMENT LLC ET AL , <br><br> Plaintiff(s), <br><br> v. <br><br> YAHOO! INC , <br><br> Defendant(s). <br> _____/ | No. C 08-80117 JW <br><br> CLERK'S NOTICE CONTINUING MOTION HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Compel Compliance with Subpoena before Judge James Ware previously noticed for September 22, 2008 at 9:00 AM has been reset to **October 6, 2008 at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: June 20, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy