BROWNSTEIN HYATT FARBER SCHRECK, LLP
Eric Berg (State Bar No. 134621)
EBerg@bhfs.com
21 East Carrillo Street
Santa Barbara, CA  93101
Telephone:     (805) 963-7000
Facsimile:     (805) 965-4333

Attorneys for Plaintiffs
MADISON CAPITAL MANAGEMENT, LLC, and
MADISON LIQUIDITY INVESTORS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MADISON CAPITAL MANAGEMENT, LLC, a Foreign Limited Liability Company; MADISON LIQUIDITY INVESTORS, LLC, a Foreign Limited Liability Company,<br><br>            Plaintiffs,<br><br>v.<br><br>YAHOO! INC., a Delaware Corporation,<br><br>            Defendant. | Case No.  C 08-80117 JW<br><br>[Honorable James Ware]<br><br>**CERTIFICATE OF SERVICE** |

SB 471455 v1:000009.0189

5:08-MC-80117-JW

**CERTIFICATE OF SERVICE BY MAIL**

I am over the age of eighteen years and not a party to this action. My business address is 21 East Carrillo Street, Santa Barbara, California 93101. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 23, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

CLERK'S NOTICE CONTINUING MOTION HEARING

in a sealed envelope, postage fully paid, addressed as follows:

> Denelle Dixon-Thayer
> Senior Legal Director
> Yahoo! Inc.
> 701 First Avenue
> Sunnyvale, CA 94089

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 23, 2008, at Santa Barbara, California.

/s/
_____
Melissa A. Eldridge

SB 471455 v1:000009.0189

5:08-MC-80117-JW

# CERTIFICATE OF SERVICE BY MAIL

I am over the age of eighteen years and not a party to this action. My business address is 21 East Carrillo Street, Santa Barbara, California 93101. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 23, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

CLERK'S NOTICE CONTINUING MOTION HEARING

in a sealed envelope, postage fully paid, addressed as follows:

> Denelle Dixon-Thayer
> Senior Legal Director
> Yahoo! Inc.
> 701 First Avenue
> Sunnyvale, CA 94089

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 23, 2008, at Santa Barbara, California.

_____
Melissa A. Eldridge

SB 471455 v1:000009.0189

5:08-MC-80117-JW