1  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   Eric Berg (State Bar No. 134621)
2  EBerg@bhfs.com
   21 East Carrillo Street
3  Santa Barbara, CA  93101
   Telephone:     (805) 963-7000
4  Facsimile:     (805) 965-4333

5  Attorneys for Plaintiffs
   MADISON CAPITAL MANAGEMENT, LLC, and
6  MADISON LIQUIDITY INVESTORS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MADISON CAPITAL MANAGEMENT, LLC, a Foreign Limited Liability Company; MADISON LIQUIDITY INVESTORS, LLC, a Foreign Limited Liability Company,<br><br>           Plaintiffs,<br><br>v.<br><br>YAHOO! INC., a Delaware Corporation,<br><br>           Defendant. | Case No.  C 08-80117 JW<br><br>[Honorable James Ware]<br><br>**CERTIFICATE OF SERVICE** |

SB 471455 v1:000009.0189

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to this action. My business address is 21 East Carrillo Street, Santa Barbara, California 93101. On June 30, 2008, I served the within document(s):

NOTICE OF MOTION AND MOTION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFSø MOTION TO COMPEL COMPLIANCE WITH SUBPOENA; DECLARATION OF ERIC BERG IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFSø MOTION TO COMPEL COMPLIANCE WITH SUBPOENA; [PROPOSED ORDER GRANTING PLAINTIFFSø MOTION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFSø MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

[X] by transmitting via email the document(s) listed above to the email address set forth below on this date before 5:00 p.m.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Santa Barbara, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Denelle Dixon-Thayer
Senior Legal Director
Yahoo! Inc.
701 First Avenue
Sunnyvale, CA 94089

Email: denelle@yahoo-inc.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 30, 2008, at Santa Barbara, California.

/s/
_____
Melissa A. Eldridge

1  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   Eric Berg (State Bar No. 134621)
2  EBerg@bhfs.com
   21 East Carrillo Street
3  Santa Barbara, CA 93101
   Telephone:   (805) 963-7000
4  Facsimile:   (805) 965-4333

5  Attorneys for Plaintiffs
   MADISON CAPITAL MANAGEMENT, LLC, and
6  MADISON LIQUIDITY INVESTORS, LLC

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11  MADISON CAPITAL MANAGEMENT,         Case No. C 08-80117 JW
    LLC, a Foreign Limited Liability
12  Company; MADISON LIQUIDITY          [Honorable James Ware]
    INVESTORS, LLC, a Foreign Limited
13  Liability Company,                  **CERTIFICATE OF SERVICE**

14              Plaintiffs,

15  v.

16  YAHOO! INC., a Delaware Corporation,

17              Defendant.

18

SB 471455 v1:000009.0189

5:08-MC-80117-JW

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action. My business address is 21 East Carrillo Street, Santa Barbara, California 93101. On June 30, 2008, I served the within document(s):

NOTICE OF MOTION AND MOTION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA; DECLARATION OF ERIC BERG IN SUPPORT OF MOTION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA; [PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

[X] by transmitting via email the document(s) listed above to the email address set forth below on this date before 5:00 p.m.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Santa Barbara, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Denelle Dixon-Thayer
Senior Legal Director
Yahoo! Inc.
701 First Avenue
Sunnyvale, CA 94089

Email: denelle@yahoo-inc.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 30, 2008, at Santa Barbara, California.

*/s/ Melissa A. Eldridge*
Melissa A. Eldridge

BROWNSTEIN HYATT FARBER SCHRECK, LLP
21 East Carrillo Street
Santa Barbara, CA 93101

MOTION TO COMPEL COMPLIANCE WITH SUBPOENA 5:08-MC-80117-JW